**Motion denied and Order filed September 2, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00311-CR
_____

**DOUGLAS WAYNE REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 19CR1668**

_____

NO. 14-20-00497-CR
_____

**EX PARTE DOUGLAS WAYNE REED, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**10th District Court**
**Galveston County, Texas**

## ORDER

Appellant filed the present motion pro se in both of the above-styled proceedings, an active direct appeal from his criminal prosecution in which he is represented by counsel and a dismissed pro se habeas proceeding. His motion requests that his counsel in the direct appeal surrender the casefile he created. Appellant's motion does not warrant relief, and moreover, to the extent appellant is seeking the casefile to allow himself to both be represented by counsel and proceed pro se in a hybrid representation arrangement in his pending direct appeal, he is not entitled to proceed that way. *See Martinez v. State*, 513 S.W.3d 87, 96 (Tex. App.—Houston [14th Dist.] 2016, no pet.). Accordingly, appellant's motion is denied.

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.